USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CRAIG STEVEN PETTIFORD,                 :
                         Petitioner,    :
                                        :    07 Civ. 11232 (DLC)
              -v-                       :
                                        :         ORDER
H.D. GRAHAM,                            :
                         Respondent.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Craig Steven Pettiford filed a petition for a writ of habeas corpus on December 14, 2007. By Order dated December 14, the Honorable Kimba M. Wood directed Pettiford to show cause by affirmation why the statute of limitations should not bar the instant petition, and to allege facts to show that any delay in submitting his habeas petition was excusable. Pettiford's affirmation was received by this Court's Pro Se Office on January 3, 2008. The petition was assigned a docket number and the matter was transferred from Judge Wood to this Court on January 10.

The Court having concluded that the petition should not be summarily dismissed pursuant to Rule 4 of the Rules governing Section 2254 cases in the United States District Courts, it is hereby

ORDERED that the respondent file an answer to the petition or other pleading in response thereto, along with the record on

appeal, appellate briefs, and relevant trial and post-conviction records and transcripts, no later than March 28, 2008.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this Order and of the petition by certified mail upon the respondent and the Attorney General of the State of New York.

IT IS FURTHER ORDERED that petitioner shall have thirty days from the date on which he is served with respondent's answer to file a response.  The petition will be considered fully submitted as of that date.

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Dolinger.  All correspondence and requests should be sent to the attention of Judge Dolinger.

SO ORDERED:

Dated:     New York, New York
           January 24, 2008

_____
DENISE COTE
United States District Judge

2

Copy sent to:

Craig Steven Pettiford
No. 05-A-1425
Auburn Correctional Facility
135 State Street, P.O. Box 618
Auburn, NY 13204