USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

CRAIG STEVEN PETTIFORD,
                Plaintiff,

          -v-

H.D. GRAHAM,
                Defendant.

-------------------------------------X

07 Civ. 11232
(DLC)(MHD)

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | _x_ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

    SO ORDERED:

Dated:    New York, New York
          February 5, 2008

                                  _____
                                  DENISE COTE
                      United States District Judge

Copy sent to:


Craig Steven Pettiford
No. 05-A-1425
Auburn Correctional Facility
135 State Street, P.O. Box 618
Auburn, NY 13204