*ENDORSED ORDER*
*The court has sent a copy to respondent's attorney. This letter should be deemed a supplement to the original petition.* — MHD 2/21/08

2/21/08

Craig S. Pettiford
05-A-1425
Auburn Corr. Facility
135 State Street, P.O. Box 618
Auburn, New York 13204

February 7, 2008

Case No. 07civ11232
(DLC)

RECEIVED FEB 20 2008

RE: Initial Case Management Conference

Dear, Honorable Denise L. Cote:

    I first, would like to say, that I humbly pray for relief in this matter of Craig Pettiford v. H. D. Graham. I ask to have several important issues, put on record at the conference pertaining my federal Habeas Petition, with respect.

(1). There is no "Securing Order" in my case. A "Securing Order" must be drafted and issued, and placed with all pertinent documents in my case file. This document does not exist in my case: Securing Order (NO)
Supporting deposition (NO)
(Corrobarative Affidavit)
+ Waiver - a written instrument

{ "Does not exist" since - 9-20-06 to - Feb 7, 08 }

This is a jurisdictional defect and warrants immediate release!



(2). The Plaintiff's Notice to testify before a Grand Jury was served on, Dec. 27, 2004, yet, on, Dec 30, 2004, I was not produced in Court.

(3.) My attorney was asked to exercise my right to a prompt hearing pursuant to CPL §180.10(2). but, she waived this right without my consent or knowing!

(4). I was indicted by a Certificate of Affirmation at 12:40 p.m on, Dec. 30, 2004, yet, another Grand Jury convened on my case on, Jan 3, 2005.

5). Yet! my Notice to appear before the Grand Jury is not received until, Jan 4th, 2005!

6). On, Dec 30th, 2004, I the Plaintiff, was left inside of a bull-pen from 6:00 a.m to 6:00 p.m never seeing nor consulting with counsel, who, waived my appearance to testify before a body of my peers, without my consent, and, without me in open court in the presence of the Judge, D.A, and, the waiver I was suppose to had signed if I agreed to not go before a Grand Jury.

"The written waiver shall be signed by the defendant in open court in the presence of his attorney." The consent of the D.A shall be endorsed thereon.

where is this d...... +?

Honorable Denise Cote, you have in your hands all of the documents to show cause to my arguments. And I wanted to ask you, if it would be appropriate to send two more copies of the Securing Order issue to the Consenting parties: Attorney General, and, the Clerk of Court?

Please let me know if I should....

I would also like to know, or, better yet, be given a better understanding on, who I should convey or write to pertaining this petition, from here on:

To You

or

Judge Dolinger

Please write me back and let me know....

Thank you

Honorable Justice

Craig S. Pettiford

05-A-1425
S-4-43 cell