STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

(212) 416-6173

March 28, 2008

Hon. Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
120 Daniel Patrick Moynihan
United States Courthouse, Room 1670
500 Pearl Street
New York, NY 10007-1312

Re: Pettiford v. Graham, 07-CV-11232 (DLC)(MHD)

*[Handwritten endorsement: ENDORSED ORDER — Respondent's deadline to file papers is extended to May 28, 2008. Petitioner's reply, if any, is to be served and filed by June 18, 2008. MHD 3/31/08]*

Your Honor:

   I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. By Order dated January 24, 2008, Judge Cote directed that respondent file a response to the petition by March 28, 2008. This letter is to respectfully request an extension of time until June 13, 2008 to respond to the petition.

   Although we promptly requested copies of the record from the New York County District Attorney's Office, we only received those records this month. Based on a review of those records, and in order to properly respond to the petition, we need obtain a various minutes of calendar calls, as well petitioner's guilty plea allocution. My office is making efforts to get these materials. Even if I had these minutes today, I have been assigned nine other active federal habeas corpus matters, and I have been directed to file responses in

Hon. Michael H. Dolinger
March 28, 2008
Page 2

eight of these cases before the end of April 2008. I also have been directed to file an appellee's brief in the Second Circuit by April 4, 2008. In addition, I have been summoned to jury duty in April.

    For these reasons, I respectfully request an enlargement of time until June 13, 2008 to file a response to the petition. Mr. Pettiford is incarcerated and I have not spoken to him concerning this first request for an extension of time.

    Although respondent is requesting an enlargement to June 13, 2008 to file a response, if a response can be filed earlier, it will be.

    Thank you for your consideration.

                                      Respectfully submitted,

                                      Thomas B. Litsky (TL-8976)
                                      Assistant Attorney General
                                      120 Broadway
                                      New York, NY 10271

cc:   Craig Steven Pettiford
      05-A-1425
      Auburn Correctional Facility
      P.O. Box 618
      Auburn, NY 13204