UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CRAIG STEVEN PETTIFORD,
                                    :
            Petitioner,
                                    :   **ORDER**
      -against-
                                    :   07 Civ. 11232 (DLC)(MHD)
H.D. GRAHAM,
                                    :
            Respondent.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


   Petitioner has requested by letter dated June 2, 2008 that this habeas proceeding be stayed pending unspecified state-court proceedings. The court may not stay the case unless petitioner can show "good cause" for his apparent failure to exhaust his state-court remedies until now. See, e.g., Rhines v. Weber, 544 U.S. 269, 277 (2005). If petitioner wishes to pursue his stay request, he is to serve and file an affidavit or affirmation detailing the specifics of what he wishes to do in state court and why he has failed to do so until now. This is to be done by no later than June 25, 2008. Respondent may respond by June 30, 2008.

DATED:  New York, New York
        June 11, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Craig Steven Pettiford
05-A-1425
Auburn Correctional Facility
135 State Street
P.O. Box 618
Auburn, NY 13204


Thomas B. Litsky, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271