```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CRAIG STEVEN PETTIFORD,                    :
                        Petitioner,        :
                                          :        07 Civ. 11232 (DLC)
          -v-                             :
                                          :        ORDER
H.D. GRAHAM,                              :
                        Respondent.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     On January 30, 2008, petitioner Craig Steven Pettiford

requested appointment of counsel to assist him in prosecution of

his petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Any person, according to 18 U.S.C. § 3006A(g), "seeking relief

under section 2241, 2254, or 2255 of title 28 or section 4245 of

title 18 may be furnished representation . . . whenever . . .

the interests of justice so require and such person is

financially unable to obtain representation."  The threshold

consideration in ruling on such an application is the showing of

some merit.  See Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74

(2d Cir. 1989).  At this juncture, Pettiford has not

demonstrated that his petition has merit.  Accordingly, it is

hereby

     ORDERED that Pettiford's January 30, 2008 application for

the appointment of counsel (Dkt. No. 7) is denied without

prejudice to renewal upon the issuance of a report and

recommendation by Magistrate Judge Dolinger.

SO ORDERED:

Dated:    New York, New York
          July 2, 2008

                              _____
                              DENISE COTE
                              United States District Judge

Copies sent to:


Craig Steven Pettiford
No. 05-A-1425
Auburn Correctional Facility
135 State Street, P.O. Box 618
Auburn, NY 13204

Thomas B. Litsky
Assistant Attorney General
120 Broadway
New York, NY 10271